JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GONZALEZ and JOSE AYON, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., NDeX WEST, LLC and DOES 1-1000, <br><br> Defendants. | Case No.: CV 12-5684 DSF (VBKx) <br><br><br> JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiffs as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/27/12

                                                          Dale S. Fischer
                                        United States District Judge