JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GONZALEZ and JOSE AYON, ) | Case No.: CV 12-5684 DSF (VBKx) |
| Plaintiffs, ) | |
| vs. ) | JUDGMENT |
| WELLS FARGO BANK, N.A., ) NDeX WEST, LLC and DOES 1- ) 1000, ) | |
| Defendants. ) | |

    The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiffs as evidenced by lack of opposition to a motion to dismiss,

    IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/27/12

_____
Dale S. Fischer
United States District Judge